IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02988-MSK-BNB

RODNEY STANTON,

Plaintiff,

v.

LOUIS PUGLIESE, Deputy Sheriff, in his personal capacity,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **April 18, 2011**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 18, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge